UNITED STATES DISTRICT COURT

JS-6

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BRIDGET WARD and LISA WARD, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CROW VOTE LLC, DARRIN AUSTIN, EDWARD MATNEY, and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 8:21-cv-01110-FWS-DFM<br><br>**JUDGMENT**<br><br>Judge:  Honorable Fred W. Slaughter |

The Motion for Summary Judgment (Dkt. 98) ("Motion") filed by Defendants Crow Vote LLC, Darrin Austin, and Edward Matney (collectively, "Defendants") was heard by the court on August 11, 2022 (Dkt. 115).  After full consideration of the papers, evidence, and authorities submitted by Defendants and Plaintiffs Bridget Ward and Lisa Ward (collectively, "Plaintiffs"), as well as the briefs, oral argument, and any other relevant information in the court's files and/or filed with the court in connection with the Motion, the court issued an order **GRANTING** summary judgment for Defendants on all causes of action and claims asserted against Defendants in the above-captioned case (Dkt. 120).  The court has considered

Defendants' Proposed Judgment (Dkt. 122), Plaintiffs' Response to Defendants' Proposed Judgment (Dkt. 124), and Defendants' Reply (Dkt. 125). In accordance with the court's Memorandum of Decision dated October 7, 2022 (Dkt. 120):

1. Final Judgment is entered in favor of Defendants and against Plaintiffs on all claims asserted by Plaintiffs against Defendants.

2. Any motion or application for costs made by Defendants must be filed in compliance with L. R. 54-2, et seq.

**IT IS SO ORDERED**.

DATED: October 26, 2022

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE