UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 10 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BRIDGET WARD and LISA WARD, on behalf of themselves and all persons similarly situated,

    Plaintiffs - Appellants,

v.

CROW VOTE, LLC; et al.,

    Defendants - Appellees.

No. 22-56108

D.C. No. 8:21-cv-01110-FWS-DFM
U.S. District Court for Central California, Santa Ana

**MANDATE**

The judgment of this Court, entered May 17, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT